IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. RAMSEY,<br><br>  Plaintiff,<br><br>  v.<br><br>SECRETARY OF CDCR, et al.,<br><br>  Defendants. | No. 2:24-CV-2557-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Defendant Wheeler's requests for screening of Plaintiff's first amended complaint. See ECF Nos. 15 and 16.

Plaintiff initiated this action with a pro se civil rights complaint filed on September 20, 2024. See ECF No. 1. On September 25, 2024, the Court determined that the complaint was appropriate for service on Defendant Wheeler. See ECF No. 5. In this order, the Court advised Plaintiff that, in order to proceed as against unnamed defendants (i.e., Secretary of CDCR and the Warden of High Desert State Prison), he would be required to file an amended complaint which names these individuals. See id. On October 11, 2024, Plaintiff filed a first amended complaint again naming Wheeler as a defendant and adding as defendant Rob St. Andre as the Warden of High Desert State Prison and Jeff Macomber as the Secretary of CDCR. See ECF No. 11. This amended pleading was filed as-of-right pursuant to Federal Rule of Civil Procedure 15.

1       Defendant Wheeler now requests that the Court screen the first amended complaint
2 pursuant to the Prison Litigation Reform Act.  <u>See</u> ECF Nos. 15 and 16.  Given that the first
3 amended complaint now names two previously unnamed defendants, and the Court has yet to
4 pass on the sufficiency of Plaintiff's claims against the newly named defendants, Defendant
5 Wheeler's requests will be granted.  The sufficiency of Plaintiff's first amended complaint as
6 against all three named defendants will be addressed separately.
7       Accordingly, IT IS HEREBY ORDERED that Defendant's requests for screening,
8 ECF Nos. 5 and 16, are granted.

10 Dated:  June 9, 2025

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE